who dissented upon the ground that it was not an abuse of discretion on the part of the trial judge to set aside the verdict.

In the Matter of THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENJAMIN F. COOPER, Appellant, v. EVA COOPER, Respondent.— Judgment affirmed, with costs. All concurred.

In the Matter of Proving the Alleged Codicil to the Will of WILLIAM C. HARRIS, Deceased. MABEL HARRIS MORPHY, Appellant; FRANK W. CRANDALL and Another, Executors, etc., Respondents.— Decree modified by striking out the costs awarded against the appellant personally and, as so modified, affirmed, without costs of this appeal to either party. All concurred.

LOUIS YANOWITCH, Respondent, v. GENESEE BREWING COMPANY, Appellant.— Order affirmed, with costs. All concurred, except De Angelis, J., who dissented and voted for reversal and reinstatement of the verdict.

MANDEL YANOWITCH, Respondent, v. GENESEE BREWING COMPANY, Appellant.— Order affirmed, with costs. All concurred, except De Angelis, J., who dissented and voted for reversal and reinstatement of the verdict.

MARY GEORGE, Respondent, v. BUFFALO AND LAKE ERIE TRACTION COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

LUIGI POLIZZI, as Administrator, etc., Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

MONTGOMERY BROTHERS & COMPANY, Respondent, v. WILLIAM J. McMURTRY, Appellant.— Judgment affirmed, with costs. All concurred.

In the Matter of the Probate of the Will of SIDNEY COMELLO, Deceased. RALPH COMELLO, Appellant; JENNIE KORF, Executrix, etc., Respondent.— Orders reversed and new trial granted, with costs to appellant to abide event. Held, that it was error for the trial court to exclude the testimony of Ralph Comello upon the question of the handwriting; also that it was error not to submit to the jury the second question certified. The testimony of the contestant's witnesses that the signature of the alleged will was not the handwriting of the deceased made a question of fact, which in the first instance should have been submitted to the jury. All concurred.

ROBERT FLAGG, Appellant, v. EUGENE S. BERRY, Respondent.— Judgment and order affirmed, with costs. All concurred.

WILLIAM J. HARTY, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concurred.

WILLIAM EDGAR PEAKE, Respondent, v. THE PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

THE WILLIAM T. RAWLEIGH COMPANY, Respondent, v. J. WALTER ALLEN, Appellant.— Judgment affirmed, with costs. All concurred.

DAVID WITTENBERG, Doing Business under the Name of the ROSE SHOP, Respondent, v. THE ROSE CLOAK AND SUIT COMPANY, INC., and Others, Appellants.— Judgment affirmed, with costs. All concurred.

WILLIAM A. RODELL, Respondent, v. GERTRUDE RODELL, Appellant.—